UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALEXANDRA DIAMENT,

                Plaintiff,

  -against-

ALDOUS & ASSOCIATES, P.L.L.C.,

                Defendant.
-------------------------------------------------------X

REPORT AND
RECOMMENDATION

18 CV 7331 (ARR)(RML)

LEVY, United States Magistrate Judge:

        Plaintiff Alexandra Diament ("plaintiff") filed this case on December 24, 2018, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*  (See Complaint, dated Dec. 17, 2018, Dkt. No. 1.)  Defendant Aldous & Associates, P.L.L.C. ("defendant") has not answered or moved with respect to the complaint, and on July 3, 2019, plaintiff obtained a Clerk's Entry of Default.  (See Certificate of Default, dated July 3, 2019, Dkt. No. 7.)  The Honorable Allyne R. Ross, United States District Judge, then referred plaintiff's forthcoming motion for a default judgment to me to conduct a damages inquest and issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).  (See Order, dated July 3, 2019.)

        On September 25, 2019, I directed plaintiff to move for a default judgment within thirty days.  (See Order, dated Sept. 25, 2019.)  To date, plaintiff has not done so.  Nor has plaintiff contacted the court to request an extension of time or explain the delay.  Accordingly, I am constrained to recommend that this case be dismissed for lack of prosecution.

        Any objection to this Report and Recommendation must be filed with the Clerk of the Court, with courtesy copies to Judge Ross and to my chambers, within fourteen (14) days. Failure to file objections in a timely manner may waive a right to appeal the District Court's

order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

                Respectfully submitted,

                /s/
                ROBERT M. LEVY
                United States Magistrate Judge

Dated: Brooklyn, New York
       November 4, 2019